**Order entered January 22, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00590-CR**
**No. 05-20-00591-CR**

**DAMON EVANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-51047-I & F20-51046-I**

## ORDER

We **REINSTATE** these appeals.

We abated for a hearing on State's Exhibit 1 in each case. On January 20, 2021, a supplemental reporter's record of the hearing was filed. During the hearing, the trial court found that State's Exhibit 1 is contained in the plea bargain agreement in each case. We **ADOPT** that finding and note the judicial confession has been filed in the December 21, 2020 supplemental clerk's record in each case.

We **ORDER** appellant's brief due by February 19, 2021.

/s/ ERIN A. NOWELL
   JUSTICE